UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- x
TAMMY LOUISE WERTHMAN AND HEIDI  :  Index No. CV 06 6855
CAROLINE JETTE,                  :
                                 :
                    Plaintiffs,  :  **STIPULATION**
         -against-               :  **AND ORDER OF DISMISSAL**
                                 :  **WITH PREJUDICE WITH**
                                 :  **REGARD TO**
THE ABBOTT LABORATORIES, et al., :  **TAMMY LOUISE WERTHMAN**
                                 :
                    Defendants.  :
----------------------------------- x

**IT IS HEREBY STIPULATED** by the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, all claims of **TAMMY LOUISE WERTHMAN** in the above-entitled action are dismissed as to **MERCK SHARP & DOHME CORP.** with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
January 20, 2012

DOUGLAS & LONDON, P.C.

By: _____
    Michael A. London

111 John Street, Suite 1400
New York, New York 10038
(212) 566-7500

Attorneys for Plaintiff
Tammy Louise Werthman

HUGHES HUBBARD & REED LLP

By: _____
    Beatrice A. Hamza Bassey

One Battery Park Plaza
New York, New York 10004
(212) 837-6778

Attorneys for Defendant Merck Sharp &
Dohme Corp.

SO-ORDERED this JAN 2 ~ 2012 Day of _____, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
TAMMY LOUISE WERTHMAN AND HEIDI　　　　:　　Index No. CV 06 6855
CAROLINE JETTE,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiffs,　　　　:　　**STIPULATION**
　　　　　-against-　　　　　　　　　　　　　　:　　**AND ORDER OF DISMISSAL**
　　　　　　　　　　　　　　　　　　　　　　　　:　　**WITH PREJUDICE WITH**
　　　　　　　　　　　　　　　　　　　　　　　　:　　**REGARD TO**
THE ABBOTT LABORATORIES, et al.,　　　　　　:　　**HEIDI CAROLINE JETTE**
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendants.　　　 :
---------------------------------------- x

**IT IS HEREBY STIPULATED** by the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, all claims of **HEIDI CAROLINE JETTE** in the above-entitled action are dismissed as to **MERCK SHARP & DOHME CORP.** with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
January 20, 2012

DOUGLAS & LONDON, P.C.　　　　　　　　　　HUGHES HUBBARD & REED LLP

By: _____　　　　　　　By: _____
　　Michael A. London　　　　　　　　　　　　　Beatrice A. Hamza Bassey

111 John Street, Suite 1400　　　　　　　　　One Battery Park Plaza
New York, New York 10038　　　　　　　　　　New York, New York 10004
(212) 566-7500　　　　　　　　　　　　　　　　(212) 837-6778

Attorneys for Plaintiff　　　　　　　　　　　Attorneys for Defendant Merck Sharp &
Heidi Caroline Jette　　　　　　　　　　　　　Dohme Corp.

　　　　　　　　　　　　　　　　　　　SO-ORDERED this JAN 26 2012 Day of _____, 2012